UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-20308-MARTINEZ/OTAZO-REYES

VERDELL LUEDKE,

    Plaintiff,

v.

NCL (Bahamas), LTD.

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [DE 26]

Plaintiff, VERDELL LUEDKE, by and through his undersigned counsel and pursuant to the applicable rules of civil procedure and local rules of the Southern District of Florida, hereby files this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [DE 26] until June 29, 2018, and states as follows:

1. On May 21, 2018, Plaintiff file an Amended Complaint [DE 24] to substitute party Defendant, NCL (Bahamas), LTD pursuant to [DE 22].

2. On May 31, 2018, Defendant, NCL (Bahamas), LTD filed Defendant's Motion to Dismiss Amended Complaint [DE 26].

3. Pursuant to the Fed R Civ P, Plaintiff has until June 14, 2018 to file his response to Defendant's Motion to Dismiss [DE 26].

4. Plaintiff needs additional time to prepare his response to Defendant's Motion to Dismiss, and has consulted with counsel for Defendant, and has no objection to the granting of this motion.

5. Moreover, no prejudice will be sustained with the relief requested herein.

WHEREFORE, Plaintiff. VERDELL LUEDKE, respectfully request this Honorable Court enter an Order granting Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [DE 26] until June 29, 2018, a proposed copy of which is attached as Exhibit "B".

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (A) (3)

The undersigned counsel hereby certifies that Plaintiff has conferred with Defendant's counsel who advised that he is not opposed to the relief sought in this Motion.

Dated this 12th day of June, 2018.

Respectfully Submitted,

CHARLIP LAW GROUP, LC
*Counsel for Plaintiff*
11900 Biscayne Blvd.
Suite 200
North Miami, Florida 33181
Phone: (305) 354-9313
Fax: (305) 354-9314
dcharlip@charliplawgroup.com
assistant@charliplawgroup.com
paralegal@charliplawgroup.com

By: _____
David H. Charlip, B.C.S.
Florida Bar No.: 329932

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2018 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve electronically a copy of the foregoing on all counsel or parties of record on the attached service list.

By: _____
David H. Charlip, B.C.S.
Florida Bar No.: 329932

## SERVICE LIST

| | |
|---|---|
| David H. Charlip, B.C.S.<br>Charlip Law Group, LC<br>11900 Biscayne Boulevard<br>Suite 200<br>North Miami, Florida 33181<br>Tel: (305) 354-9313<br>Fax: (305) 354-9314<br>E-Mail: dcharlip@charliplawgroup.com;<br>assistant@charliplawgroup.com<br>*Attorneys for Plaintiff,*<br>*Verdell Luedke* | Todd Sussman, Esq.<br>tsussman@ncl.com<br>ddeluca@ncl.com<br>NORWEGIAN CRUISE LINE<br>7665 Corporate Center Drive<br>Miami, FL  33126<br>Tel: (305) 436-4377/Fax: (305) 468-2132<br>*Attorneys for Defendant,*<br>*NCL (BAHAMAS) LTD*<br><br>Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>mfonticiella@fflegal.com<br>Darren W. Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>mfernandez@fflegal.com<br>Jonathan Hernandez, Esq.<br>jhernandez@fflegal.com<br>pcampo@fflegal.com<br>Foreman Friedman, PA<br>One Biscayne Tower – Suite #2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: 305-358-6555/ Fax: 305-374-9077<br>*Attorneys for Defendant,*<br>*NCL (BAHAMAS) LTD* |

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-20308-MARTINEZ/OTAZO-REYES

VERDELL LUEDKE,

    Plaintiff,

v.

NCL (Bahamas), LTD

    Defendant.
_____/

## [PROPOSED]
## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [DE 26]

This Cause, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [DE 26], and the Court having considered the motion and being fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [DE 26], is hereby GRANTED. Plaintiff shall file a response to Defendant's Motion to Dismiss [DE 26] on or before June 29, 2018.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of June, 2018.

                                                                  JOSE E. MARTINEZ
                                                                  United States District Judge

Copies furnished to:
Counsel of Record